## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    NO. 4:05CR00327-001 SWW

DONDRICK ALEX JAMES

### ORDER

Following defendant's guilty plea to Count 1 of the indictment on July 25, 2006, the Court took up the matter of defendant's detention. Defendant requested that he be placed in a drug rehab facility, and the Court stated that the Probation Office has indicated it is in agreement with this request and that Recovery Centers of Arkansas can accept defendant as early as tomorrow. Therefore, the Court found that defendant's request should be granted and that defendant's conditions of release should be modified.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified as follows: Defendant shall be released from custody of the United States Marshal on July 26, 2006, to Recovery Centers of Arkansas. Defendant's shall successfully complete the program at Recovery Centers of Arkansas and then participate in the 90-day chem-free-living component.

IT IS SO ORDERED this 25th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE